CASE 5:18-CV-00659-OLG

FILED
9-27-18
SEP 28 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

To Whom it may concern

I was in constant communication with the attorney. He is saying the time elapsed to file on responsive pleading. The whole time I was working with him so I wouldn't get sued. I even offered an out of court settlement of $1,500 and he wouldn't take it. This is completely being disputed and sent a formal response to the court on August 14th 2018 when the attorney became completely unreasonable.

He is also trying to sue me on another case for the same things. I am disputing that also. Offered him a settlement of $1,500 on that one too. He refused. He doesnt want to hear anything I say.

Please do not put a judgement against me on either of these.

Charges are not true. I can provide proof like I did to him

CASE 5:18-CV-00659-OLG
CASE 5:18-CV-00785-FB


Scott Frasor
DeKalb County Solutions

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

BRENDA BECERRA,

    Plaintiff,

v.

                                   5:18-cv-00659-OLG

DEKALB COUNTY SOLUTIONS, INC.,

    Defendant.

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENTAGAINST DEKALB COUNTY SOLUTIONS, INC. ON A SUM CERTAIN

NOW comes BRENDA BECERRA ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. ("Sulaiman") and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, requesting that this Honorable Court enter a Default Judgment against DEKALB COUNTY SOLUTIONS ("Defendant") and in support thereof, stating as follows:

### I.    FACTUAL BACKGROUND

1. On June 29, 2018, Plaintiff filed her Complaint for Relief Pursuant to the Fair Debt Collection Practices Act ("FDCPA") and Texas Debt Collection Act ("TDCA"). The basis of Plaintiff's Complaint is that Defendant violated the FDCPA and TDCA through its collection activities.

2. On July 12, 2018, Paul Pankiewicz, a certified process server, effectuated service on Defendant by serving Donna Farris, who is authorized to accepted service on behalf of Defendant.

3. On August 2, 2018, Defendant's time to file a responsive pleading elapsed.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

CAITLYN C. CAREY,
*Plaintiff*

V.

Civil Action No. **5:18–CV–00785–FB**

DEKALB COUNTY SOLUTIONS, INC., ET AL.,
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO:  **DeKalb County Solutions, Inc.**
**C/O REGISTERED AGENT**
**KENDA J JESKE**
**502 E MAIN STREET**
**GENOA, IL 60135**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Nathan Charles Volheim
> Sulaiman Law Group, Ltd.
> 2500 South Highland Avenue, Suite 200
> Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

s/AMY E. JACKSON

DEPUTY CLERK



ISSUED ON 2018–08–07 13:55:47

DCS
PO BOX 447
SYCAMORE, IL 60178

RECEIVED

SEP 2 8 2018

CLERK, U.S. DISTRICT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

CAROL STREAM IL 601

24 SEP 2018 PM 9 L

cv 9

Western District of Texas
Executive office of The Clerk
727 E. Cesar E. Chavez Blvd.
Suite 500
San Antonio   Texas
                            78206